IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RYAN N LAX                                                                                                    PLAINTIFF

v.                                              Case No. 6:22-cv-06026

BRIDGET JOHNSON, GCDC Health Services
Administrator; and STEVEN ELROD, GCDC Jail
Services Administrator                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 9, 2022, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 37). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Ford recommends that Defendant Elrod's Second Motion to Dismiss (ECF No. 35) be granted and that Plaintiff's claims against Elrod be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

No party has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted in toto. Accordingly, it is **ORDERED** that Defendant Elrod's Second Motion to Dismiss (ECF No. 35) is **GRANTED**, and Plaintiff's claims against Defendant Elrod are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate Elrod as a party to this case.

Defendant Elrod's First Motion to Dismiss (ECF No. 28) is **DENIED AS MOOT**.

Plaintiff's claims against Defendant Johnson remain for further review.

**IT IS SO ORDERED** this 15th day of December 2022.

.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1