IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RYAN N. LAX                                                                                                     PLAINTIFF

v.                                            Case No. 6:22-cv-6026

BRIDGET JOHNSON,
Garland County Detention Center
Health Services Administrator                                                                      DEFENDANT

# ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 61. Judge Ford recommends that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failing to prosecute this matter and for failing to obey orders of the Court. Judge Ford further recommends that Defendant's Motion for Summary Judgment (ECF No. 46) be denied as moot.

No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 61) *in toto*. Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**. Defendant's Motion for Summary Judgement (ECF No. 46) is hereby **DENIED** as **MOOT**.

**IT IS SO ORDERED**, this 10th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge